UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:16-cr-00029-RLY-MPB ) |
| SETH MATTHEW WRINKLES, | ) -01 ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**

On September 23, 2021, the Court held an Initial Appearance hearing on the Petition for Warrant for Violation of Supervised Release, filed on July 20, 2020. (Dkt. No. 42). Defendant Wrinkles appeared in person with appointed counsel Ron Freson. The government appeared by Lauren Wheatley, Assistant United States Attorney. The United States Probation and Parole Office was represented by Officer Katrina Sanders.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Dkt. No. 46). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Wrinkles of his rights and provided him with a copy of the petition.

2. Defendant orally waived his right to a preliminary hearing.

3. After being placed under oath, Defendant Wrinkles admitted violations No. 1, 2 (in part) and 7 (Dkt. No. 42).

4. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance."<br><br>The offender tested positive for amphetamine use on June 25, 2020. On July 7, 2020, the offender admitted to using amphetamine (molly). On July 9, 2020, the offender admitted he also has been snorting and smoking methamphetamine. |
| 2 | "You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision."<br><br>The offender failed to report for his appointment on July 8, 2020, to install location monitoring. |
| 7 | "The defendant shall not commit another federal, state or local crime."<br><br>The offender is charged with Attempted Murder and Possession of a Firearm by a Serious Violent Felon in Vanderburgh County Superior Court. |

5. The parties stipulated that:

    (a) The highest grade of violation is a Grade **A** violation.

    (b) Defendant's criminal history category is **VI**.

    (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is **24** months' imprisonment.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months, nine (9) months credit for time served and nine (9) months consecutive to the sentence imposed in Vanderburgh County Superior Court. No further supervision to follow.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: June 14, 2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal